IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER D. MARKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STERLING INFOSYSTEMS, INC. D/B/A STERLING TALENT SOLUTIONS,<br><br>　　　　Defendant. | Case No. 3:17-cv-655-TBR |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant, Sterling Infosystems, Inc. ("Sterling"), by and through its attorneys, respectfully moves this Court for an Order extending the time by 10 days, until and including February 12, 2018 (the Monday following the expiration of the 10 days), for Sterling to file a Reply in Support of its Motion to Dismiss. In support of its unopposed motion, Sterling states as follows:

　　1.　　Sterling's Reply is currently due February 1, 2018.

　　2.　　Sterling requires an additional 10 days, until and including February 12, 2018, to prepare a Reply.

　　3.　　Sterling further states the parties are exploring the potential for early case resolution, which may make the filing of a Reply unnecessary.

　　4.　　Counsel for Sterling has conferred with Counsel for Plaintiff regarding Sterling's request for an extension of time to Reply. Plaintiff's Counsel indicated that Plaintiff does not oppose this request for an extension.

5. This motion is filed in good faith and not for the purpose of unwarranted delay. There are no other deadlines or conferences that will be affected by this motion.

WHEREFORE, Defendant, Sterling, respectfully requests that the Court issue an order granting Sterling an additional ten (10) days, until February 12, 2018, to file a Reply in Support of its Motion to Dismiss.

        Respectfully submitted,

        s/ P.J. Painter
        Paul J. Painter
        QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
        9300 Shelbyville Road, Suite 400
        Louisville, KY 40222
        Telephone: (502) 423-6390
        Facsimile: (502) 423-6391

        and

        Pamela Q. Devata
        John W. Drury
        SEYFARTH SHAW LLP
        233 South Wacker Drive, Suite 8000
        Chicago, IL 60606
        Telephone: (312) 460-5000
        Facsimile: (312) 460-7000

        *Counsel for Defendant*
        *Sterling Infosystems, Inc.*

**CERTIFICATE OF SERVICE**

    I, Paul J. Painter, an attorney, certify that I caused a copy of the foregoing to be electronically filed with the Court's CM/ECF system, on January 26, 2018, which will send notification to the following counsel of record:

>Ben Carter
>BEN CARTER LAW PLLC
>900 S. Shelby Street
>Louisville, KY  40203
>Email:  ben@bencarterlaw.com

                                    s/ P.J. Painter
                                      Paul J. Painter