IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER D. MARKS,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING INFOSYSTEMS, INC. D/B/A STERLING TALENT SOLUTIONS,<br><br>    Defendant. | Case No. 3:17-cv-655-TBR |

## ORDER

This matter having come before the Court by Defendant Sterling Infoystems, Inc.'s ("Defendant") unopposed motion for an order allowing an extension of time to file a Reply in support of its Motion to Dismiss; and the Court having considered this matter, and for good cause shown;

It is **ORDERED** that Defendant's time to file a Reply in Support of its Motion to Dismiss is hereby to February 12, 2018.